# EXHIBIT D

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                                                    SUPERIOR COURT
                                                      DEPARTMENT OF THE TRIAL COURT

| | |
|---|---|
| KAHN, LITWIN, RENZA & CO., LTD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 16-1193 |
| ) | |
| EARTHLINK BUSINESS, LLC and ONE ) | |
| COMMUNICATIONS CORP., ) | |
| ) | |
| Defendants. ) | |

**EARTHLINK BUSINESS, LLC'S**
**NOTICE TO STATE COURT OF REMOVAL**

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant EarthLink Business, LLC's Notice of Removal of the above-captioned action from the Commonwealth of Massachusetts Superior Court, Suffolk County, to the United States District Court for the District of Massachusetts was duly filed in the federal district court on June 15, 2016.  Attached hereto as Exhibit A is a true and correct copy of said Notice of Removal (without exhibits).  A copy of this Notice to State Court of Removal was filed with the Notice of Removal in the federal district court.  This Court is precluded from proceeding any further with the above-captioned action.

A copy of this Notice to State Court of Removal is being served on all counsel of record in the above-captioned action.

Date:   June 15, 2016                                  Respectfully submitted,


/s/ Rory FitzPatrick
Rory FitzPatrick (BBO 169960)
*rfitzpatrick@cetllp.com*
Michael J. Leard (BBO 681468)
*mleard@cetllp.com*
CETRULO LLP
Two Seaport Lane, 10th Floor
Boston, Massachusetts 02210
Phone: (617) 217-5500
Fax: (617) 217-5200

*Attorneys for Defendant EarthLink Business, LLC*


CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2016, a true copy of the above document and attachments were served upon Plaintiff's counsel via First Class Mail at their usual business address, Steven E. Snow and Jennifer L. Luzzi of Partridge Snow & Hahn LLP, 40 Westminster St., Suite 1100, Providence, Rhode Island 02903.

/s/ Rory FitzPatrick
Rory FitzPatrick